# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM MABIE,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) Case No. 18-CV-1939-SMY-MAB<br>) |
| **US ATTORNEYS OFFICE, FBI, and US BUREAU OF PRISONS,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Pending before the Court is the Motion to Dismiss for Failure to Prosecute and for Failure to Comply with Court Order and the Motion to Stay Answer Deadlines filed by Defendants on May 8, 2019 (Docs. 16 and 17). The Motion to Dismiss is **DENIED without prejudice** and the Motion to Stay is **DENIED**.

The Seventh Circuit Court of Appeals in *In re: William J. Mabie*, No. 19-1371, entered an Order on March 15, 2019 directing the clerks of court to "return unfiled any papers submitted either directly or indirectly by him or on his behalf" except in a few limited circumstances not relevant here. The Order means that Plaintiff William Mabie cannot file any pleadings or papers in this case until he has satisfied the unpaid fees and sanctions. The Order did not stay this matter nor does it require that this matter must be dismissed for want of prosecution at this time. So far, Mabie has not failed to comply with an Order of this Court nor has he failed to prosecute this action. If Mabie fails to "meet the normal schedule for civil litigation" this matter may be

dismissed for want of prosecution in the future. *See In re City of Chicago*, 500 F.3d 582, 585 (7th Cir. 2007).

**IT IS SO ORDERED.**

**DATED: May 21, 2019**

**STACI M. YANDLE**
**United States District Judge**